In the Matter of the Claim of MATHIAS HOLLWEGER, Respondent, against THE BARCLAY PARK CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of GLADYS McDONALD, Respondent, against WORTHINGTON PUMP AND MACHINERY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal. to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier.

CHARLES S. CAMPBELL, Respondent, v. GEORGE TUCCI and Others, Appellants. —Application granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOARD OF COMMISSIONERS FOR IMPROVEMENTS ON THE GREAT CHAZY RIVER and Others, Respondents, v. F. M. SANCOMB and Others, Assessors of the Town of Dannemora, Clinton County, New York, Appellants.—Application granted.

In the Matter of the Claim of CHRISTINA ARGAST, Respondent, against GEORGE E. GIBSON COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CHARLES BOARDWAY, Respondent, against JOHN P. KELLAS, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that claimant was an independent contractor. All concur, except Hill, J., who dissents as to the finding that claimant was an independent contractor, and votes to reverse award and remit claim to the State Industrial Board for additional proof as to whether the employer was engaged in a trade, business or occupation carried on for pecuniary gain. (Matter of Kender v. Reineking, 228 N. Y. 240.)

In the Matter of the Claim of ANTOINETTE LIMANI, Respondent, against NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of BRIDGET AYERS, Respondent, against HANNA FURNITURE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the award is based on uncorroborated hearsay testimony. All concur, except Hinman and Hill, JJ., who dissent and vote for affirmance.